UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAITH STARK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:23-cv-686

HON. HALA Y. JARBOU

**ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation ("R&R") on July 15, 2024, recommending that this Court affirm the Commissioner's decision. The R&R was duly served on the parties. Plaintiff has not filed objections and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C). The Court has reviewed the R&R and agrees with its conclusions. Therefore,

**IT IS ORDERED** that the R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will enter consistent with this Order.

Dated: August 2, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE